Name: Zalton E. Brooks
2910 E. Mesquite Ave
Pahrump, NV 89060

Prison Number: 7254 9510

FILED _____   _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 13 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Zalton E. Brooks,
    Plaintiff,

vs.

Topaz Super Car Wash,
Bruno Buvadia, owners
Etc.,

    Defendant(s).

2:23-cv-02060-APG-DJA

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Zalton E. Brooks, (Print Plaintiff's name) who presently resides at 2910 E Mesquite Ave, were violated by the actions of the below named individuals which were directed against Plaintiff at Topaz Super Carwash / Las Vegas (institution/city where violation occurred) on the following dates 2019 (Count I), 2020 (Count II), and 2021 (Count III).

Make a copy of this page to provide the below
information if you are naming more than five (5) defendants

2) Defendant __DAVID BOYFRIEND__ resides at __4060 TOPEZ__,
    (full name of first defendant)    (address if first defendant)
and is employed as __BOYFRIEND/STUCK__. This defendant is sued in his/her
    (defendant's position and title, if any)
__✓__ individual __✓__ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __BOTH HIS UNWILLINGNESS TO AID__
__FAIR TREATMENT HAS BEEN IN CONTROL OF__
__THE THIEF OF OUR PROPERTY FOR YEARS__

3) Defendant __ETC,__ resides at __"CHICAGO"__,
    (full name of first defendant)    (address if first defendant)
and is employed as __OWNER/Final Trial__. This defendant is sued in his/her
    (defendant's position and title, if any)
__✓__ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

4) Defendant _____ resides at _____,
    (full name of first defendant)    (address if first defendant)
and is employed as _____. This defendant is sued in his/her
    (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

5) Defendant _____ resides at _____,
    (full name of first defendant)    (address if first defendant)
and is employed as _____. This defendant is sued in his/her
    (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

6) Defendant _BRUNO BEDNARA_ resides at _4860 TOPAZ AVE_,
(full name of first defendant)                (address if first defendant)
and is employed as _OWNER, OPERATOR_. This defendant is sued in his/her
(defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _NOT BEING COVERED UNDER COLOR OF LAW, HE'S A SLAVE OWNER, RACIST TO HIS HEART, WILLFULLY HATE_

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_N/A_

---

**B. NATURE OF THE CASE**

1)   Briefly state the background of your case.

MY WIFE AND I DARLA DODGE, MOVED HERE IN APRIL OF 2019, THE OWNER OF THE TOPAZ SUPERCREWMSH HAS BEEN THE MOST INHUMAN OWNER, EMPLOYER, I'VE EVER KNOWN, HE'S KEPT MY WIFE AND I EMPLOYED AS FULL TIME ATTENDOUS AT HIS PROPERTY AT 4860 TOPAZ, MANAGING, SECURITY, CUSTOMER SERVICE, GROUNDS KEEPERS, 18 TO 19 HOUR DAYS WITHOUT THE MINIMUM WAGE ALLOTTED BY THE FEDERAL BOARD OF WAGES AND LABOR BOARD, HE'S TRASHED PERSON PROPERTY YEAR AFTER YEAR, HE'S CAUSED MY WIFE TO HAVE A MISCARRIAGE AT AGE OF 50 FROM STRESS, REMOLDED HIS CONDO, ON FALSE PREMISES!

---

**C. CAUSE OF ACTION**

3

## COUNT I

The following civil rights has been violated: _THEY HAVE VIOLATED THE BASE HOURLY, WAGES, AND LABOR LAWS BY THE FEDERAL GOVERNMENT, UNPROFESSIONAL TREATMENT OF AN EMPLOYEE! THREATS TO LIFE AND SAFETY!_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

AS THE OWNER OF THE topEZ SUPERCARWASH I AM HOLDING MR. BRUNO BERNADY TOTALLY RESPONSIBLE FOR HIS WILLFULL UNFAIR WAGES, HIS RACIAL BEHAVIOR YEAR IN AND YEAR OUT, HIS OPENLY LIES AS TO HIS PROMISES OF A RESTURANT ON THE PROPERTY! THE CONDITIONS HE HOUSED MY WIFE AND I UNDER FOR YEARS, AT THE LOCATION, NO SHELTER, NO POWER, NO RUNNING WATER CATCH ON TAPE STEALING OUR PERSONAL PROPERTY! AFTER YEARS OF WORK ON HIS PERSONAL CONDO DOWNTOWN HE REJECTS THAT HE OWES ME FOR MY WORK THERE, AT A MINIMUM WAGE OF $9.75 PER HOUR AT 18 TO 19 HOURS PER DAY FOR A WORK WEEK OF 7 DAYS, MR. BRUNO ALWAYS HAD FELT ON HIS END OF PAY KEEPING US HOMELESS AND WITHIN A DRUG ENVIRONMENT! EVERY PART OF REMODELING HIS CONDO I DID BY HAND AND PROFESSIONAL SKILLS! EVERYONE WITHIN THE WORK AREAS KNOWS OF THIS, TREATMENT OF RACIST BEHAVIOR!

4

## COUNT II

The following civil rights has been violated: <u>OUR RIGHTS TO BE PAID FOR SERVICES RENDERED ON A DAILY WAGE SO WE COULD LIVE</u>

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

At no time has this company acted as to the states federal minimum wage laws, our boss has stated openly that he was going to allow us to open our southern cooking restaurant on the property, yet each yet ole again lies as to making some reason not to. He has shown openly racial hate by taking all new business idea from Mr. Oldwas customer base and bringing in another white kid, give him full stock and better housing, then run us away from our homes without any destroying all personal belongings without allowing us to reenter property! Every year he's pulled out on us.

## COUNT III

The following civil rights has been violated: Mr. Bruno has openly tryed to get me to committ perjury on his behalf.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

What 2 have to make very clear 2 was incarcerated within the C.C.D.C Las Vegas, when I received a legal letter from the law firm of Eric Roy, he was an attorney for Mr. Bruno Bernath the owner of Tropez supercarwash he wanted me to testifie in a matter 2 witness of his supposed assault case at the terrible herrigs stare, well I told him I did not see no assault, that in fact he works every day without fail, so nothing is wrong with him at all, yet he requested I state his behavior after the assault, he request me to make perjury in a law suit.

---

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___ Yes _✓_ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a) Defendants: _____
b) Name of court and docket number: _____
c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____
d) Issues raised: _____
_____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes __✓__ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.
b) Name of court and case number: _____.
c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____.
b) Name of court and case number: _____.

7

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____
_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____
_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

3)   Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ___ Yes _✓_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _This is outside institution_ If your answer is "Yes", provide the following information. Grievance Number _____. Date and institution where grievance was filed _____.

Response to grievance: _____
_____
_____

8

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

2.5 million dollars or no less than 100,000 dollars a year for no less than the five years we were attending there! The lost of my unborn baby is priceless! Monitary, punitive damages. His promises of ownership. 5,000,000 dollars Racial Behavior!

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____  
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_____  
(Signature of Plaintiff)

4/27/23  
(Date)

(Additional space if needed; identify what is being continued)

9