# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Zalton E. Brooks, | Case No. 2:23-cv-02060-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Topaz Super Carwash; and Bruno Bernada, | |
| Defendants. | |

Pro se Plaintiff Zalton E. Brooks moves for an extension of time to file his amended complaint and a copy of the "U.S.C. 1983 civil action rules and procedure guide." (ECF No. 9). The Court finds that Plaintiff has demonstrated good cause for an extension and thus grants that request. *See* Fed. R. Civ. P. 6(b); *see* Local Rule IA 6-1(a). However, the Court is not aware of the "civil action rules and procedure guide" to which Plaintiff refers. The Court will direct Plaintiff to the Section 1983 outline available on the Ninth Circuit's website, where he may try to access it.[1] But the Court cannot send this document to him. The Court ordinarily cannot provide free copies of documents even to indigent plaintiffs proceeding *in forma pauperis*. *See Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at \*1 (D. Nev. Sept. 28, 2020). This is particularly true here, where the Section 1983 outline is 241 pages long.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for an extension (ECF No. 9) is **granted in part and denied in part**. It is granted regarding Plaintiff's motion for an extension. The Court will extend the deadline by which Plaintiff must file his amended complaint to **July 10,**

---

[1] This document can be found online at https://www.ca9.uscourts.gov/guides/section-1983-outline/.

1  **2024.**  Plaintiff's motion is denied regarding his request for the Court to send him the "U.S.C.
2  1983 civil action rules and procedure guide."

4  DATED: May 24, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE